IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DIANE MOSS, d/b/a
Diane's Boutique                                              PLAINTIFF

v.                     No. 3:14-cv-299-DPM

STATE FARM FIRE AND
CASUALTY COMPANY                                              DEFENDANT

### ORDER

Joint motion, № 6, granted.

So Ordered.

*(signature)*
D.P. Marshall Jr.
United States District Judge

12 February 2015