IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DIANE MOSS, d/b/a
Diane's Boutique                                                    PLAINTIFF

v.                          No. 3:14-cv-299-DPM

STATE FARM FIRE AND
CASUALTY COMPANY                                                    DEFENDANT

## JUDGMENT

Moss's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2015